**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**JUAN O. VELEZ-MIRANDA, et al.**<br>Defendants. | Criminal No. 17-34 (DRD) |

**UNITED STATES' INFORMATIVE MOTION REGARDING
SECOND EVIDENCE INSPECTION**

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America, by and through the undersigned attorney and very respectfully states and prays as follows:

1. The United States of America hereby informs that the physical evidence regarding the case of caption will be available for a second inspection at the United States Attorney's Office at 350 Calle Carlos Chardon, Torre Chardon, Suite 1201, San Juan, Puerto Rico, on the following dates:

    a. Monday, **December 18, 2017** from 10:30am to 3:30pm;

    b. Tuesday, **December 19, 2017** from 10:30am to 3:30pm; and

**WHEREFORE**, the United States of America respectfully requests that this Honorable

1

Court takes notice of the aforementioned.

        **RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 6th day of December 2017.

        **ROSA E. RODRIGUEZ-VÉLEZ**
        United States Attorney

        *s/ Vanessa E. Bonhomme*
        Vanessa E. Bonhomme
        Assistant U. S. Attorney - U.S.D.C. G01817
        Torre Chardón, Suite 1201
        350 Carlos Chardón Street
        Hato Rey, Puerto Rico 00918

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

        **RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 6th day of December 2017.

        **ROSA E. RODRIGUEZ-VÉLEZ**
        United States Attorney

        *s/ Vanessa E. Bonhomme*
        Vanessa E. Bonhomme
        Assistant U. S. Attorney - U.S.D.C. G01817